1  ROMAN OTKUPMAN, CSBN 249423
   Roman@OLFLA.com
2  NIDAH FARISHTA, CSBN 312360
   Nidah@OLFLA.com
3  **OTKUPMAN LAW FIRM, A LAW CORPORATION**
   5743 Corsa Ave, Suite 123
4  Westlake Village, California 91362
   Telephone:  (818) 293-5623
5  Facsimile:  (888) 850-1310

6  Attorneys for Plaintiff,
   MILENE LIZARDO
7

8  KATHERINE A. MANUEL, CA Bar No. 340838
   katherine.manuel@ogletree.com
9  HEIDI G. KIM, CA Bar No. 306641
   heidi.kim@ogletree.com
10 **OGLETREE, DEAKINS, NASH,**
   **SMOAK & STEWART, P.C.**
11 One Embarcadero Center, Suite 900
   San Francisco, CA 94111
12 Telephone: 415-442-4810
   Facsimile: 415-442-4870
13
   Attorneys for Defendant,
14 CARGILL MEAT SOLUTIONS CORPORATION

15

16 **UNITED STATES DISTRICT COURT**

17 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| MILENE LIZARDO, an individual, | Case No. 1:25-cv-00058-SKO |
| Plaintiff, | |
| v. | **JOINT STIPULATION PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; ORDER GRANTING STIPULATION AND CONTINUING INITIAL SCHEDULING CONFERENCE** |
| CARGILL MEAT SOLUTIONS CORPORATION, a Delaware Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | (Doc. 11) |

1
JOINT STIPULATION; ORDER

Plaintiff MILENE LIZARDO ("Plaintiff") and Defendant CARGILL MEAT SOLUTIONS CORPORATION ("Defendant") (Plaintiff and Defendant collectively, the "Parties") by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on November 22, 2024, Plaintiff filed a Complaint against Defendant in the Superior Court of California, County of Fresno;

WHEREAS, on January 13, 2025, Defendant filed an Answer to Plaintiff's Complaint and simultaneously removed this case to the United States District Court for the Eastern District of California.

WHEREAS, Plaintiff wishes to amend her Complaint to allege certain wage and hour causes of action as stated in the First Amended Complaint attached hereto as Exhibit "A".

WHEREAS, Defendant does not oppose Plaintiff filing a First Amended Complaint in the form attached hereto as Exhibit "A" on procedural grounds given this early stage of litigation.

WHEREAS, Defendant preserves its right and ability to challenge the validity of Plaintiff's claims, included those Plaintiff seeks to add in her First Amended Complaint.

WHEREAS, Defendant will not challenge the claims added in the First Amended Complaint based on statute of limitations grounds.

WHEREAS, Plaintiff will file a Request for Dismissal Without Prejudice of her Class and Representative Action Complaint filed in Fresno County Superior Court Case No. 24CECG02552, within three (3) days of the entry of this Court's Order granting the instant stipulation.

Therefore, the Parties to the above-captioned matter HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiff shall be granted leave to file a File Amended Complaint in this matter, which is attached hereto as Exhibit "A".

2. The First Amended Complaint attached as Exhibit "A" must be filed within ten (10) days of the Court's Order; and

3. Defendant shall file a responsive pleading to the First Amended Complaint no later than twenty-one (21) days following the filing of the First Amended Complaint.

**IT IS SO STIPULATED ON THE DATES INDICATED BELOW.**

Dated: April 9, 2025            OTKUPMAN LAW FIRM, A LAW
                                CORPORATION


                                By:  */s/ Roman Otkupman*
                                     Roman Otkupman
                                     Nidah Farishta
                                     Attorneys for Plaintiff,
                                     MILENE LIZARDO


Dated: April 9, 2025            OGLETREE, DEAKINS, NASH,
                                SMOAK & STEWART, P.C.


                                By:  */s/ Heidi G. Kim*
                                     Katherine A. Manuel
                                     Heidi G. Kim
                                     Attorneys for Defendant,
                                     CARGILL MEAT SOLUTIONS CORPORATION

**ORDER**

**GOOD CAUSE APPEARING**, and pursuant to the foregoing Joint Stipulation of the Parties (Doc. 11), **IT IS HEREBY ORDERED** that:

1. Plaintiff is GRANTED leave to file the First Amended Complaint attached to the Parties' Joint Stipulation as Exhibit "A".
2. Plaintiff SHALL file the First Amended Complaint attached to the Parties' Joint Stipulation as Exhibit "A" no later than ten (10) days following the entry of this Order.
3. Defendant SHALL file a responsive pleading to the First Amended Complaint no later than twenty-one (21) days following the filing of the First Amended Complaint.
4. The Initial Scheduling Conference is **CONTINUED to June 17, 2025, at 9:45 AM** before Magistrate Judge Sheila K. Oberto.  The parties SHALL file their joint scheduling report 7 days prior to the conference.

IT IS SO ORDERED.

Dated:   **April 11, 2025**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE