1  ROMAN OTKUPMAN, CSBN 249423
   Roman@OLFLA.com
2  NIDAH FARISHTA, CSBN 312360
   Nidah@OLFLA.com
3  **OTKUPMAN LAW FIRM, A LAW CORPORATION**
   5743 Corsa Ave, Suite 123
4  Westlake Village, California 91362
   Telephone:  (818) 293-5623
5  Facsimile:  (888) 850-1310

6  Attorneys for Plaintiff,
   MILENE LIZARDO
7

8  KATHERINE A. MANUEL, CA Bar No. 340838
   katherine.manuel@ogletree.com
9  HEIDI G. KIM, CA Bar No. 306641
   heidi.kim@ogletree.com
10 MOHAMMAD R. MOJADDIDI, CA Bar No. 322348
   rabbie.mojaddidi@ogletree.com
11 **OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.**
12 One Embarcadero Center, Suite 900
   San Francisco, CA 94111
13 Telephone: 415-442-4810
   Facsimile: 415-442-4870
14

15 Attorneys for Defendant,
   CARGILL MEAT SOLUTIONS CORPORATION

16

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MILENE LIZARDO, an individual, | Case No. 1:25-cv-00058-SKO |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER TO EXTEND DEFENDANT CARGILL MEAT SOLUTIONS CORPORATION'S RESPONSIVE PLEADING DEADLINE** |
| CARGILL MEAT SOLUTIONS CORPORATION, a Delaware Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | **(Doc. 15)** |

1

JOINT STIPULATION AND ORDER TO EXTEND DEFENDANT CARGILL MEAT SOLUTIONS
CORPORATION'S RESPONSIVE PLEADING DEADLINE

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

WHEREAS, on November 22, 2024, Plaintiff MILENE LIZARDO ("Plaintiff") filed a Complaint against Defendant CARGILL MEAT SOLUTIONS CORPORATION ("Defendant") (collectively, the "Parties") in the Superior Court of California, County of Fresno;

WHEREAS, on January 13, 2025, Defendant filed an Answer to Plaintiff's Complaint and simultaneously removed this case to the United States District Court for the Eastern District of California;

WHEREAS, on April 9, 2025, Plaintiff and Defendant filed a Joint Stipulation and Proposed Order Permitting Plaintiff to File First Amended Complaint;

WHEREAS, on April 11, 2025, this Court granted Plaintiff leave to file the First Amended Complaint and ordered Defendant to file a responsive pleading no later than 21 days following the filing of the First Amended Complaint;

WHEREAS, on April 11, 2025, Plaintiff filed the First Amended Complaint;

WHEREAS, Defendant's current responsive pleading deadline is May 2, 2025;

WHEREAS, Defendant has not previously requested an extension for its responsive pleading;

WHEREAS, the Parties agree to extend Defendant's responsive pleading deadline to May 16, 2025;

Therefore, the Parties to the above-captioned matter HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Defendant shall file a responsive pleading to the First Amended Complaint no later than May 16, 2025.

**IT IS SO STIPULATED.**

Dated: April 30, 2025          OTKUPMAN LAW FIRM, A LAW CORPORATION


By:  /s/ *Nidah Farishta [As authorized on 4/30/2025]*
　　　Roman Otkupman
　　　Nidah Farishta
　　　Attorneys for Plaintiff,
　　　MILENE LIZARDO

Dated: April 30, 2025          OGLETREE, DEAKINS, NASH,
　　　　　　　　　　　　　　　　SMOAK & STEWART, P.C.


By:  /s/ *Heidi G. Kim*
　　　Katherine A. Manuel
　　　Heidi G. Kim
　　　Mohammad R. Mojaddidi
　　　Attorneys for Defendant,
　　　CARGILL MEAT SOLUTIONS CORPORATION

## **ORDER**

**GOOD CAUSE APPEARING**, and pursuant to the foregoing Joint Stipulation of the Parties (Doc. 15), **IT IS HEREBY ORDERED** that Defendant shall file a responsive pleading to the First Amended Complaint no later than May 16, 2025.

IT IS SO ORDERED.

Dated:  **April 30, 2025**　　　　　　　　　 /s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE