UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILENE LIZARDO,<br><br>        Plaintiff,<br><br>    v.<br><br>CARGILL MEAT SOLUTIONS CORPORATION,<br><br>        Defendant. | No. 1:25-cv-00058-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 23) |

On October 10, 2025, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 23.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 14, 2025**             /s/ *Sheila K. Oberto*     
                                                                            UNITED STATES MAGISTRATE JUDGE